**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BRUCE COPELAND,       § | | |
|     Plaintiff,       § | | |
|         § | | |
| vs.       § | | No. 3:13-CV-4432-N-BH |
|         § | | |
| D & J CONSTRUCTION LLC, et al.,       § | | |
|     Defendants.       § | | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendant's [sic] Motion to Exclude/Dismiss Individual Natural Persons of L.L.C. from Litigation*, filed April 1, 2014 (doc. 32) is **GRANTED in part**, and the plaintiff's usury, breach of implied contract, sworn account, quantum meruit, and unjust enrichment claims against Darrell Gray and Ethel Yolanda Gray are **DISMISSED**.

SIGNED this 6th day of February, 2015.

_____
**UNITED STATES DISTRICT JUDGE**