**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BRUCE COPELAND,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:13-CV-4432-N-BH** |
| | § | |
| **D&J CONSTRUCTION LLC, et al.,** | § | |
| | § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge** |

<u>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**</u>

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, the plaintiff's claims against D & JG Construction, LLC, D & J Lancaster, and Preferred Contractors Insurance Company Risk Retention Group, LLC, will be dismissed for failure to timely serve the defendants.

**SIGNED this 24th day of July, 2015.**

**UNITED STATES DISTRICT JUDGE**